Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>BALDEV SINGH KHELA, et al.,<br><br>          Defendants. | No.  1:12-CV-01709-AWI-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |

   WHEREAS, no Defendant has filed an answer or motion for summary judgment;

   WHEREAS, Plaintiff and Defendants have settled the matter amongst themselves;

   WHEREAS, no counterclaim has been filed;

   Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: December 12, 2012                    MOORE LAW FIRM, P.C.


                                            /s/Tanya E. Moore
                                            Tanya E. Moore
                                            Attorneys for Plaintiff Natividad Gutierrez


///

*Gutierrez v. Baldev Singh Khela, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   December 12, 2012

UNITED STATES DISTRICT JUDGE

*Gutierrez v. Baldev Singh Khela, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order